UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CORMARION MASON,                )
                                )
    Plaintiff,                  )
                                )
v.                              )        CV423-026
                                )
WAL-MART ASSOCIATES, INC.,      )
                                )
    Defendant.                  )
_____)

## ORDER

Before the Court is the parties' Stipulation of Dismissal. (Doc. 21.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Because all parties have signed the stipulation of dismissal, the parties' request (Doc 21) is **GRANTED**. Accordingly, at the parties' request, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 14th day of September 2023.

*/s/ William T. Moore, Jr.*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA